IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JON L. HARTMAN, | ) | 4:05CV3090 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

   This is a social security appeal. Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed. Accordingly,

   IT IS ORDERED that:

   1.   This case shall be resolved as if cross-motions for summary judgment have been filed, and the clerk of the court is directed to make appropriate entries into the court's computer-assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

   2.   Plaintiff shall submit a brief by July 5, 2005;

   3.   Defendant shall submit a brief by August 4 2005;

4.  Plaintiff may submit a reply brief by August 18, 2005; and

5.  This case shall be ripe for decision on August 19, 2005.

DATED: June 2, 2005.              BY THE COURT:

                                  s/ Richard G. Kopf
                                  RICHARD G. KOPF
                                  United States District Judge