IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JON L. HARTMAN, | ) | 4:05CV3090 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the briefing schedule established by order of the court (filing 9), Plaintiff was to submit a brief by July 5, 2005. Plaintiff has not filed a brief or moved for an enlargement of time. Consequently,

IT IS ORDERED that:

1. Plaintiff shall show cause within ten (10) days why this action should not be dismissed for lack of prosecution, pursuant to NECivR 41.1. Absent compliance with this order, the action shall be subject to immediate dismissal without prejudice.

2. Defendant's motion for extension of brief date (filing 10) is granted, as follows: Defendant shall not be required to file a brief unless and until directed to do so by subsequent court order.

August 2, 2005.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge