IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JON L. HARTMAN, | ) | 4:05CV3090 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Plaintiff's motion for leave to file brief out of time (filing 13) is granted <u>instanter</u>, and the brief attached to the motion is deemed filed;
2. Defendant shall respond to Plaintiff's brief by September 19, 2005;
3. Plaintiff may file a reply brief by October 3, 2005; and
4. This case shall be ripe for decision on October 4, 2005.

August 19, 2005.                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge